```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EMILY HERNANDEZ, on behalf of herself and all                    :
others similarly situated,                                       :
                                                                 :
                                    Plaintiff,                   :     23 Civ. 10162 (JPC)
                                                                 :
                -v-                                              :     ORDER
                                                                 :
NICOBLU LLC,                                                     :
                                                                 :
                                    Defendant.                   :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 1, 2024, Defendant waived service of the summons and Complaint in this action pursuant to Federal Rule of Civil Procedure 4(d).  Dkt. 5.  Defendant's deadline to respond to the Complaint was therefore April 1, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 9, 2024.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by April 16, 2024.

SO ORDERED.

Dated: April 2, 2024
       New York, New York                         _____
                                                        JOHN P. CRONAN
                                                   United States District Judge