```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EMILY HERNANDEZ, on behalf of herself and all others                   :
similarly situated,                                                    :
                                                                       :
                        Plaintiff,                                     :       23 Civ. 10162 (JPC)
                                                                       :
            -v-                                                        :           ORDER
                                                                       :
NICOBLU LLC,                                                           :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 12, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for May 20, 2024. Dkt. 10. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due May 13, 2024. The parties failed to submit either.

By 5:00 p.m. on May 15, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 10. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute. *See Castro v. Outdoorsmans Resale, Inc.*, No. 23 Civ. 3516 (JMF), Dkt. 42 (S.D.N.Y. Feb. 16, 2024).

SO ORDERED.

Dated: May 14, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge